

Entered on Docket
March 16, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

---

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
09-77847

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-31164-BAM |
| Arturo Marin-Alvaraz and Erika Pena-Armas | Date: 3/2/2010<br>Time: 1:30 pm |
| | Chapter 7 |
| Debtors. | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., its

assignees and/or successors in interest, of the subject property, generally described as 3823 S. Maryland Pkwy N-12, Las Vegas, NV 89119, and legally described as follows:

A CONDOMINIUM COMPOSED OF:
PARCEL 1:
Unit No. N-12, as shown upon the map entitled "FRENCH OAKS", a subdivision for condominium purposes, on file in the Office of the County Recorder of Clark County, Nevada, in book 31 of Plats, Page 2.

PARCEL 2:
An undivided interest in and to the common area as defined in that certain Declaration fo Covenants, Conditions and Restrictions, recorded in the Office fo the County Recorder of Clark County, Nevada on February 27, 1984, in Book 1881 of Official Records, as Document No. 1840594.

EXCEPTING THEREFROM the following:
All Living Units as shown upon the map hereinabove referred to and as defined in that certain declaraion of Covenants, Conditions and Restrictions, recorded in the Office of the County Recorder of Clark County, Nevada, on February 27, 1984, in Book 1881 of Official Records, as Document No. 1840594.

AND FURTHER EXCEPTING THEREFROM:
The exclusive right to possession of all those "Restricted Common Areas and/or Exclusive Use Area", as defined in the Declaration of Covenants, Conditions and Restrictions, hereinabove referred to and as set forth on the subdivision map of "FRENCH OAKS", herein described.

PARCEL 3:
The exclusive right to possession of all those "Restricted Common Areas and/or Exclusive Use Areas" as appurtenant to Parcels One (1) and Two (2), above described as delineated on the aforementioned map and as defined in the Declaration of Covenants, Conditions and Restrictions, hereinabove referred.

///
///
///
///
///
///
///

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

DATED this _____ day of _____ 2009

Submitted by:

**WILDE & ASSOCIATES**

By /s/ Gregory L. Wilde, Esq
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Eric Palacios
1904 S. Maryland Pkwy.
Las Vegas, NV 89104
Attorney for Debtor(s)

APPROVED / DISAPPROVED

By:_____
Brian D. Shapiro
411 E. Bonneville Ave. #300
Las Vegas, NV 89101
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_  The court waived the requirements of LR 9021.
\_\_\_\_  No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_  No parties appeared or filed written objections, and the trustee is the movant.
\_x\_  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor